## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTH JERSEY MEDIA GROUP INC., <br><br> Plaintiff <br><br> v. <br><br> JOHN DOE NOS. 1-5 D/B/A STOOPIDHOUSEWIVES.COM, <br><br> Defendants. | Civil Action No. 1:20-12-cv-6152 (VM)(KNF) <br><br><br> <u>NOTICE OF MOTION</u> |

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Anthony W. Brooks sworn to October 5, 2012 and the exhibits thereto, and the accompanying Memorandum Of Law In Support of Defendant's Motion for Permission to Proceed Under the Fictitious Name "Stoopidhousewives.com" and for a Protective Order, the undersigned moves this Court for an Order:

 1) Permitting Defendant Stoopidhousewives.com to proceed under the fictitious name "stoopidhousewives.com";

 2) Entering a Protective Order requiring the parties counsel to keep Defendant's precluding the parties' counsel from disclosing the identity and other identifying information of the individual author and administrator of the website stoopidhousewives.com outside of their respective law firms; and

 3) For such other and further relief as this Court deems necessary and appropriate.

As directed by the Court, Plaintiff's opposition papers, if any, shall be served on October 12, 2012. Defendant's reply, if any, shall be served on October 15, 2012.

Dated: New York, New York
      October 5, 2012

Respectfully submitted,

GOTTLIEB, RACKMAN & REISMAN, P.C.

Attorneys for Defendant Stupidhousewives.com

By: _____
Maria A. Savio (MAS-7756)
msavio@grr.com
270 Madison Avenue
New York, New York 10016
Phone: (212) 684-3900
Fax:    (212) 684-3999