# GOTTLIEB, RACKMAN & REISMAN, P.C.
## COUNSELORS AT LAW
PATENTS · TRADEMARKS · COPYRIGHTS · INTELLECTUAL PROPERTY

270 MADISON AVENUE
NEW YORK, N.Y. 10016-0601
PHONE: (212) 684-3900 · FACSIMILE: (212) 684-3999
WEB: http://www.grr.com · E-MAIL: info@grr.com

GEORGE GOTTLIEB
DAVID S. KASHMAN
ALLEN I. RUBENSTEIN
JEFFREY M. KADEN
TIBERIU WEISZ
MARIA A. SAVIO
RICHARD S. SCHURIN
MARC P. MISTHAL
STEVEN STERN

COUNSEL
DIANA MULLER*

*MEMBER OF THE BAR
OF ARGENTINA ONLY

DONNA MIRMAN BROOME
BARBARA H. LOEWENTHAL
BARRY R. LEWIN
JOSHUA R. MATTHEWS
ARIEL S. PEIKES
RACHEL M. WEISS

PATENT AGENTS
ZOYA V. CHERNINA

OF COUNSEL
JAMES REISMAN
MICHAEL I. RACKMAN
BARRY A. COOPER

**MEMO ENDORSED**

October 15, 2012

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC # _____ DATE FILED 10/18/12]

[Stamp: OCT 15 2012 CHAMBERS OF KEVIN NATHANIEL FOX]

<u>VIA FAX AND FEDERAL EXPRESS</u>

Honorable Magistrate Judge Kevin Fox
Daniel Patrick Moynihan
U.S. Courthouse, 500 Pearl Street
New York, N.Y. 10007-1312

Re:   North Jersey Media Group Inc. v. John Does No. 1-5
      <u>d/b/a stoopidhousewives.com – 12 Civ. 6152 (VM)</u>

Dear Magistrate Judge Fox:

We represent defendant stoopidhousewives.com. We filed today via ECF a Reply Memorandum in support of Defendant's Motion for Permission to proceed under the Fictitious Name "Stoopidhousewives.com" and for a Protective Order, a copy of which is enclosed herewith.

We wish to also submit to the Court the signed Declaration of our client which is referred in the Reply Memorandum. So that our client's individual name is protected until the Court rules on our motion, we respectfully ask permission to submit that Declaration <u>under seal</u>.

Counsel for plaintiff, William Dunnegan, consents to our request for purposes of this motion.

[Handwritten endorsement: 10/17/12 Application granted. Pursuant to Fed. R. Civ. P. 5.2, pending the resolution of the defendant's "Motion for Permission to proceed under a Fictitious Name ... and for a Protective Order," the above-referenced declaration shall be filed under seal. SO ORDERED: /s/ Kevin Nathaniel Fox  KEVIN NATHANIEL FOX, U.S.M.J.]

Respectfully,

GOTTLIEB, RACKMAN & REISMAN, P.C.

/s/ Maria A. Savio
Maria A. Savio

MAS/mr
Enclosure
cc:  William Dunnegan, Esq. (via fax and e-mail)
     Ella Aiken, Esq. (via fax and e-mail)
     Anthony W. Brooks, Esq. (via e-mail)