IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTH JERSEY MEDIA GROUP INC., <br><br> Plaintiff <br><br> v. <br><br> JOHN DOE NOS. 1-5 D/B/A STOOPIDHOUSEWIVES.COM, <br><br> Defendants. | Civil Action No. 1:20-12-cv-6152 (VM)(KNF) |

## DECLARATION OF MARJORIE ADAMS

I, Marjorie Adams, declare and state as follows:

    1.    I reside at 1 Woodland Terrace, Pittsburgh, Pennsylvania 15229. I am 59 years old.

    2.    I am the operator, administrator, and author of the Stoopidhousewives blog website, www.stoopidhousewives.com. I author and operate www.stoopidhousewives.com from my personal residence at 1 Woodland Terrace, Pittsburgh, Pennsylvania 15229. I have operated, administered, and authored the Stoopidhousewives blog website, since its inception on October 27, 2010, on my own behalf and I continue to write the blog as an individual. I do not operate, administer, or author the website on any third-party's behalf. I author the Stoopidhousewives blog website as an individual and solely for my personal benefit.

    3.    I have never provided any third-party (company, individual, or otherwise) with my name, address, or other identifying information in connection with my operation, administration, or authorship of www.stoopidhousewives.com, other than Domains-By-Proxy,

LLC, my domain registrar, except that a photo of myself was accessible on www.stoopidhousewives.com, until approximately November 2011 when I began to receive abusive communications wherein individuals were harassing me for my contact information. To my knowledge, no such third party is aware of my identity.

3. I have not entered in any relationship, agreement, or arrangement, whatsoever, with the Bravo television network or any other media company, organization, content provider, or otherwise. I have never received any compensation or other financial benefit from any such media company.

6. I am under the direction, control, and authority of no entity other than myself.

7. Accordingly, for the reasons expressed in my counsel's briefing and those facts outlined above and because any third party who has had any contact with me in my capacity as operator, administrator, and author of www.stoopidhousewives.com, would not recognize me by my actual name and identifying information, I respectfully request the Court to grant my Motion to Proceed Under the Fictitious Name "Stoopidhousewives.com" and for a Protective Order.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of October

*Marjorie Adams*

Marjorie Adams