USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED 11/27/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
NORTH JERSEY MEDIA GROUP INC.,   :

                     Plaintiff,   :

    -against-   :   **ORDER**

JOHN DOE NOS. 1-5 D/B/A   :   12 Civ. 6152 (VM)(KNF)
STOOPIDHOUSEWIVES.COM,

                     :
              Defendants.
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      On November 26, 2012, the Court denied the defendant's motion to proceed under a fictitious name. Accordingly, on or before December 4, 2012, the plaintiff shall serve and file an amended complaint naming the defendant(s), in conformance with Rule 10(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       November 27, 2012

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE