UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

NORTH JERSEY MEDIA GROUP INC.,          :

                Plaintiff,          :

      -against-               :          12 Civ. 6152 (VM)(KNF)

MARJORIE ADAMS AND JOHN                  :
DOE NOS. 2-5, ALL D/B/A
STOOPIDHOUSEWIVES.COM,                   :

         Defendants.          :

- - - - - - - - - - - - - - - - x



## AMENDED COMPLAINT AND JURY DEMAND

Plaintiff North Jersey Media Group Inc. ("NJMG"), by its undersigned counsel, for its amended complaint against Marjorie Adams and John Doe Nos. 2-5, all d/b/a Stoopidhousewives.com (collectively, "defendants"), alleges:

### Nature of the Action

1.   NJMG is bringing this action to enforce its copyrights in its photographs that defendants have infringed by posting them on their website.

### Jurisdiction and Venue

2.   This Court has subject matter jurisdiction over the claims in this action pursuant to 28 U.S.C. §§ 1331 and 1338 because they arise under the Copyright Act, 17 U.S.C. § 101 et seq.

3.   Upon information and belief, venue is proper in this District pursuant to 28 U.S.C. § 1391.

4.   Upon information and belief, this Court has personal jurisdiction over defendants pursuant to N.Y. C.P.L.R. § 302.

<u>Parties</u>

5.   NJMG is a corporation organized and existing under the laws of the State of New Jersey, with its principal place of business in Woodland Park, New Jersey.

6.   Upon information and belief, defendant Marjorie Adams d/b/a Stoopidhousewives.com is a natural person residing in Pittsburgh, Pennsylvania.

7.   Upon information and belief, defendants John Doe Nos. 2-5 d/b/a Stoopidhousewives.com are natural persons or business entities whose identities are presently unknown to NJMG.

<u>The Business of NJMG</u>

8.   NJMG is engaged in the business of news reporting. Its two daily publications, *The Record* and *Herald News*, have a daily circulation of approximately 151,000 and a Sunday circulation of approximately 175,000.  In addition, NJMG publishes more than forty weekly community newspapers with a combined circulation of approximately 630,000.  Its twelve magazines have a circulation of approximately 350,000.  Its

2

website www.northjersey.com has more than 11.5 million page views per month, and its other website www.bergen.com has approximately 670,000 page views per month.

9.   NJMG invests significant monies to create and publish its copyrighted works.  While NJMG legally obtains certain content from the Associated Press and other news and wire services, it contributes substantial original reporting and photographs to the content it publishes.

10.  As a part of its effort to create original content, NJMG contracts with freelance photographers.  NJMG requests from time to time that these freelancers take and submit photographs to NJMG for a specific event.  Among the freelance photographers that have a written agreement with NJMG are Jeremy Smith, Rich Formicola, and Robert Pytel.

<u>The Copyrights of NJMG</u>

11.  On or about April 22, 2012, at the request of NJMG, Jeremy Smith took at least 57 photographs at the Wakile/Gorga Premiere Party in Long Beach, New York ("The Wakile/Gorga Premiere Party Photographs").  Each of these photographs is an original work of art.

12.  On April 23, 2012, NJMG published The Wakile/Gorga Premiere Party Photographs on its website www.bergen.com.

13.  On June 29, 2012, Mr. Smith assigned to NJMG the copyrights in The Wakile/Gorga Premiere Party Photographs ("The

3

Wakile/Gorga Premiere Party Copyrights"). Prior to assigning The Wakile/Gorga Premiere Party Copyrights to NJMG, Mr. Smith did not publish The Wakile/Gorga Premiere Party Photographs, or license their use to any person or entity other than NJMG.

14.  On July 21, 2012, NJMG applied for a separate copyright registration in each of The 57 Wakile/Gorga Premiere Party Photographs by submitting an application, deposit, and fee for each photograph to the United States Copyright Office.

15.  As of December 4, 2012, the Copyright Office has issued registration certificates for 19 of the 57 Wakile/Gorga Premiere Party Copyrights. Copies of these registration certificates are annexed as Exhibit A, and incorporated by reference as if set forth in full. NJMG has not yet received notification concerning its application for registration in the remaining 38 Wakile/Gorga Premiere Party Copyrights.

16.  On or about April 22, 2012, at the request of NJMG, Rich Formicola took at least 17 photographs at the Teresa Giudice Premiere Party in Stamford, Connecticut ("The Giudice Premiere Party Photographs").

17.  On April 23, 2012, NJMG published The Giudice Premiere Party Photographs on its website www.bergen.com.

18.  On June 30, 2012, Mr. Formicola assigned to NJMG the copyrights in The Giudice Premiere Party Photographs ("The Giudice Premiere Party Copyrights"). Prior to assigning The

4

Giudice Premiere Party Copyrights to NJMG, Mr. Formicola did not publish The Giudice Premiere Party Photographs, or license their use to any person or entity other than NJMG.

19.  The Copyright Office has issued registrations for each of the 17 Giudice Premiere Party Copyrights.  Copies of these registrations are annexed as Exhibit B, and incorporated by reference as if set forth in full.

20.  On or about April 22, 2012, at the request of NJMG, Robert Pytel took at least 15 photographs at the Manzo Premiere Party in Hoboken, New Jersey ("The Manzo Premiere Party Photographs").  Each of these photographs is an original work of art.

21.  On April 23, 2012, NJMG published The Manzo Premiere Party Photographs on its website www.bergen.com.

22.  On June 22, 2012, Mr. Pytel assigned to NJMG the copyrights in The Manzo Premiere Party Photographs ("The Manzo Premiere Party Copyrights").  Prior to assigning The Manzo Premiere Party Copyrights to NJMG, Mr. Pytel did not publish The Manzo Premiere Party Photographs, or license their use to any person or entity other than NJMG.

23.  On or about July 21, 2012, NJMG applied for a separate copyright registration in each of The 15 Manzo Premiere Party Photographs by submitting an application, deposit, and fee for each photograph to the United States Copyright Office.

5

24. As of December 4, 2012, the Copyright Office has issued registrations for 12 of the 15 Manzo Premiere Party Copyrights. Copies of these registrations are annexed as Exhibit C, and incorporated by reference as if set forth in full. NJMG has not yet received notification concerning its application for registration in the remaining three Manzo Premiere Party Copyrights.

<u>The Infringing Acts of Defendants</u>

25. Upon information and belief, defendants own and operate the website located at the URL http://stoopidhousewives.com. Defendants generate revenue from their website through WordAds, a company that allows members to generate revenue by placing ads from brand advertisers. The amount of revenue generated through WordAds depends upon the level and length of traffic, the content, and other factors.

26. On or about April 23, 2012, defendants published on their website a copy of The Wakile/Gorga Premiere Party Photographs, The Giudice Premiere Party Photographs, and The Manzo Premiere Party Photographs (collectively, the "NJMG Premiere Party Photographs"). Upon information and belief, defendants were able to learn that NJMG published the NJMG Premiere Party Photographs on its website because defendants had representatives at each of the premiere parties, including one

6

in this State, who informed defendants that photographers had attended the premiere parties on behalf of NJMG.

27. Defendants failed to include any copyright notice or other credit line identifying NJMG, the photographers or www.bergen.com. Defendants used the NJMG Premiere Party Photographs to attract and sustain attention to their website. Defendants had no lawful justification for their copying and distribution of the NJMG Premiere Party Photographs.

28. On or about July 30, 2012, NJMG through its counsel notified the defendants by email of their infringement of the NJMG Premiere Party Photographs.

A CLAIM FOR RELIEF
(Copyright Infringement)

29. NJMG repeats the averments contained in paragraphs 1 through 28 as if set forth in full.

30. NJMG's copyrights in The NJMG Premiere Party Photographs are valid and enforceable.

31. NJMG owns, and has submitted an application, deposit and fee to the Copyright Office for the copyrights in the NJMG Premiere Party Photographs.

32. Defendants have infringed NJMG's copyrights in the NJMG Premiere Party Photographs by posting them on their website from April 2012 through August 2012.

33.   The acts of defendants have irreparably damaged NJMG, although defendants removed the photographs after NJMG asserted its claim in a letter.   NJMG has no adequate remedy at law for these wrongs and injuries.   NJMG is, therefore, entitled to a preliminary and permanent injunction restraining and enjoining defendants, and their agents, servants, employees, and attorneys, and all persons acting in concert with them, from infringing NJMG's copyrights in the NJMG Premiere Party Photographs.

34.   Defendants have willfully infringed NJMG's copyrights in the NJMG Premiere Party Photographs.

35.   NJMG is entitled to recover all damages sustained as a result of defendants' unlawful conduct, including (1) defendants' profits, or (2) NJMG's damages, or alternatively, at NJMG's election, (3) statutory damages.

WHEREFORE, NJMG demands judgment:

A.   Preliminarily and permanently enjoining defendants, their agents, servants, employees, and attorneys, and all those acting in concert with them, from infringing the NJMG Premiere Party Photographs in violation of 17 U.S.C. § 101 et seq;

B.   Awarding NJMG its damages or the defendants' profits, or alternatively, at NJMG's election, statutory

8

damages, as a result of defendants' infringement of the copyrights in the NJMG Premiere Party Photographs;

    C.    Awarding NJMG its costs in this action, including its reasonable attorneys' fees pursuant 17 U.S.C. § 505; and

    D.    Granting such other and further relief as this Court deems just and proper.

<u>DEMAND FOR JURY TRIAL</u>

    Pursuant to Rule 38 of the Federal Rules of Civil Procedure, NJMG demands trial by jury in this action of all issues so triable.

Dated: New York, New York
       December 4, 2012

                      DUNNEGAN & SCILEPPI LLC

By _William Dunnegan_
           William Dunnegan (WD9316)
           wd@gdunnegan.com
           Ella Aiken (EA5861)
           ea@dunnegan.com
        Attorneys for Plaintiff
           North Jersey Media Group Inc.
        350 Fifth Avenue
        New York, New York 10118
        (212) 332-8300

# Exhibit A

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-137

**Effective date of
registration:**

July 21, 2012

## Title
**Title of Work:** Allison Wing at Wakile Housewives Premiere Party on 4/22/12

## Completion/Publication
**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012    **Nation of 1st Publication:** United States

## Author
■    **Author:** Jeremy Smith

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United
States

**Transfer Statement:** By written agreement

## Rights and Permissions
**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com    **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424  United States

## Certification
**Name:** Jennifer A. Borg, Esq.

**Date:** July 21, 2012

Registration #:   VA0001830137
Service Request #:   1-798121019



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-450

**Effective date of registration:**

July 21, 2012

## Title

**Title of Work:** Corey Epstein and Tracy DiMarco at Wakile Housewives Premiere Party on 4/22/12

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012       **Nation of 1st Publication:** United States

## Author

- **Author:** Jeremy Smith

  **Author Created:** photograph(s)

  **Work made for hire:** No

  **Citizen of:** United States       **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com       **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424  United States

## Certification

**Name:** Jennifer A. Borg, Esq.

**Date:** July 21, 2012

**Registration #:**   VA0001830450
**Service Request #:**   1-798134535



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-131

**Effective date of registration:**

July 21, 2012

## Title

**Title of Work:** Craig Rizzo and Cathy Rizzo at Wakile Housewives Premiere Party on 4/22/12

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012     **Nation of 1st Publication:** United States

## Author

**Author:** Jeremy Smith

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com     **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424  United States

## Certification

**Name:** Jennifer A. Borg, Esq.

**Date:** July 21, 2012

**Registration #:**  VA0001830131
**Service Request #:**  1-798120867



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-463

**Effective date of registration:**

July 21, 2012

---

## Title
**Title of Work:** Group Shot 2 at Wakile Housewives Premiere Party on 4/22/12

## Completion/Publication
**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012     **Nation of 1st Publication:** United States

## Author
■   **Author:** Jeremy Smith

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United States

**Transfer Statement:** By written agreement

## Rights and Permissions
**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com     **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424  United States

## Certification
**Name:** Jennifer A. Borg, Esq.

**Date:** July 21, 2012

**Registration #:**  VA0001830463
**Service Request #:**  1-798134879



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-464

**Effective date of registration:**

July 21, 2012

## Title
    **Title of Work:** Group Shot 3 at Wakile Housewives Premiere Party on 4/22/12

## Completion/Publication
    **Year of Completion:** 2012

    **Date of 1st Publication:** April 23, 2012    **Nation of 1st Publication:** United States

## Author
    ■  **Author:** Jeremy Smith

    **Author Created:** photograph(s)

    **Work made for hire:** No

    **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant
    **Copyright Claimant:** North Jersey Media Group Inc.

    1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United States

    **Transfer Statement:** By written agreement

## Rights and Permissions
    **Organization Name:** North Jersey Media Group Inc.

    **Name:** Jennifer A. Borg

    **Email:** borgj@northjersey.com    **Telephone:** 973-569-7680

    **Address:** 1 Garret Mountain Plaza

    P.O Box 471

    Woodland Park, NJ 07424 United States

## Certification
    **Name:** Jennifer A. Borg, Esq.

    **Date:** July 21, 2012

**Registration #:** VA0001830464
**Service Request #:** 1-798134923



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-830-444**

**Effective date of
registration:**

July 21, 2012

---

## Title

**Title of Work:** Group Shot 4 at Wakile Housewives Premiere Party on 4/22/12

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012     **Nation of 1st Publication:** United States

## Author

- **Author:** Jeremy Smith
  **Author Created:** photograph(s)

  **Work made for hire:** No
  **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** North Jersey Media Group Inc.
1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United
States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com     **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424  United States

## Certification

**Name:** Jennifer A. Borg, Esq.

**Date:** July 21, 2012

**Registration #:**   VA0001830444
**Service Request #:**   1-798134957



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-130

**Effective date of registration:**

July 21, 2012

## Title ──────────────

**Title of Work:** Group Shot at Wakile Housewives Premiere Party on 4/22/12

## Completion/Publication ──────────────

**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012   **Nation of 1st Publication:** United States

## Author ──────────────

■ **Author:** Jeremy Smith

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant ──────────────

**Copyright Claimant:** North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United States

**Transfer Statement:** By written agreement

## Rights and Permissions ──────────────

**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com   **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424 United States

## Certification ──────────────

**Name:** Jennifer A. Borg, Esq.

**Date:** July 21, 2012

**Registration #:**   VA0001830130
**Service Request #:**   1-798120832



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-143

**Effective date of registration:**

July 21, 2012

## Title

**Title of Work:** Jeff Vander Molen, Rich Wakile and Allison Wing at Wakile Housewives Premiere Party on 4/22/12

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012          **Nation of 1st Publication:** United States

## Author

■   **Author:** Jeremy Smith

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com          **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424  United States

## Certification

**Registration #:**  VA0001830143
**Service Request #:**  1-798121151



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-134

**Effective date of registration:**

July 21, 2012

## Title

**Title of Work:** Jose Canseco at Wakile Housewives Premiere Party on 4/22/12

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012          **Nation of 1st Publication:** United States

## Author

- **Author:** Jeremy Smith
  **Author Created:** photograph(s)

  **Work made for hire:** No
  **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com          **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424 United States

## Certification

**Name:** Jennifer A. Borg, Esq.

**Date:** July 21, 2012

**Registration #:** VA0001830134
**Service Request #:** 1-798120941



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-460

**Effective date of registration:**

July 21, 2012

## Title

**Title of Work:** Kathy Wakile and Rich Wakile 3 at Wakile Housewives Premiere Party on 4/22/12

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012    **Nation of 1st Publication:** United States

## Author

- **Author:** Jeremy Smith
  **Author Created:** photograph(s)

  **Work made for hire:** No
  **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com    **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424 United States

## Certification

**Name:** Jennifer A. Borg, Esq.

**Date:** July 21, 2012

**Registration #:**  VA0001830460
**Service Request #:**  1-798134845



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-454

**Effective date of registration:**

July 21, 2012

## Title

**Title of Work:** Melissa Gorga and Kathy Wakile at Wakile Housewives Premiere Party on 4/22/12

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012      **Nation of 1st Publication:** United States

## Author

**Author:** Jeremy Smith

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com      **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424  United States

## Certification

**Name:** Jennifer A. Borg, Esq.

**Date:** July 21, 2012

**Registration #:**   VA0001830454
**Service Request #:**   1-798134659



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-458

**Effective date of registration:**

July 21, 2012

---

## Title

**Title of Work:** Melissa Gorga, Tracy DiMarco and Kathy Wakile at Wakile Housewives Premiere Party on 4/22/12

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012   **Nation of 1st Publication:** United States

## Author

■ **Author:** Jeremy Smith

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com   **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424 United States

## Certification

**Registration #:** VA0001830458
**Service Request #:** 1-798134801



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-449

**Effective date of
registration:**

July 21, 2012

## Title

Title of Work: Michelle Malekan and Stan Sonkin at Wakile Housewives Premiere Party on 4/22/12

## Completion/Publication

Year of Completion: 2012

Date of 1st Publication: April 23, 2012        Nation of 1st Publication: United States

## Author

- Author: Jeremy Smith

Author Created: photograph(s)

Work made for hire: No

Citizen of: United States        Domiciled in: United States

## Copyright claimant

Copyright Claimant: North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United
States

Transfer Statement: By written agreement

## Rights and Permissions

Organization Name: North Jersey Media Group Inc.

Name: Jennifer A. Borg

Email: borgj@northjersey.com        Telephone: 973-569-7680

Address: 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424 United States

## Certification

Name: Jennifer A. Borg, Esq.

Date: July 21, 2012

**Registration #:**  VA0001830449
**Service Request #:**  1-798134501



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-140

**Effective date of registration:**

July 21, 2012

## Title

**Title of Work:** Milena Spiotta and Francesco Rizzuto at Wakile Housewives Premiere Party on 4/22/12

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012   **Nation of 1st Publication:** United States

## Author

■ **Author:** Jeremy Smith

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com   **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424  United States

## Certification

**Name:** Jennifer A. Borg, Esq.

**Date:** July 21, 2012

**Registration #:**  VA0001830140
**Service Request #:**  1-798121073



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-136

**Effective date of registration:**

July 21, 2012

---

## Title
     **Title of Work:** Pablo and Corte Ellis at Wakile Housewives Premiere Party on 4/22/12

## Completion/Publication
     **Year of Completion:** 2012

     **Date of 1st Publication:** April 23, 2012     **Nation of 1st Publication:** United States

## Author
     ■  **Author:** Jeremy Smith

     **Author Created:** photograph(s)

     **Work made for hire:** No

     **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant
     **Copyright Claimant:** North Jersey Media Group Inc.

     1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United States

     **Transfer Statement:** By written agreement

## Rights and Permissions
     **Organization Name:** North Jersey Media Group Inc.

     **Name:** Jennifer A. Borg

     **Email:** borgj@northjersey.com     **Telephone:** 973-569-7680

     **Address:** 1 Garret Mountain Plaza

     P.O Box 471

     Woodland Park, NJ 07424  United States

## Certification
     **Name:** Jennifer A. Borg, Esq.

     **Date:** July 21, 2012

**Registration #:** VA0001830136

**Service Request #:** 1-798120985



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-452

**Effective date of
registration:**

July 21, 2012

## Title

**Title of Work:** Rich Wakile and Joe Gorga at Wakile Housewives Premiere Party on 4/22/12

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012    **Nation of 1st Publication:** United States

## Author

■    **Author:** Jeremy Smith

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com    **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424  United States

## Certification

**Name:** Jennifer A. Borg, Esq.

**Date:** July 21, 2012

**Registration #:**  VA0001830452
**Service Request #:**  1-798134599



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-457

**Effective date of
registration:**

July 21, 2012

## Title

**Title of Work:** Rosie Pierri and Kathy Wakile at Wakile Housewives Premiere Party on 4/22/12

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012          **Nation of 1st Publication:** United States

## Author

**Author:** Jeremy Smith

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United
States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com          **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424 United States

## Certification

**Name:** Jennifer A. Borg, Esq.

**Date:** July 21, 2012

**Registration #:**  VA0001830457

**Service Request #:**  1-798134747



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-142

**Effective date of
registration:**

July 21, 2012

---

## Title

**Title of Work:** Tracy Ulrich, Marina Weinberg and Meg Willis at Wakile Housewives Premiere Party
on 4/22/12

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012        **Nation of 1st Publication:** United States

## Author

■        **Author:** Jeremy Smith

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United
States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com        **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424  United States

## Certification

**Registration #:**   VA0001830142
**Service Request #:**   1-798121107



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-455

**Effective date of registration:**

July 21, 2012

## Title

**Title of Work:** Victoria Wakile, Rich Wakile, Kathy Wakile and Joseph Wakile at Wakile Housewives Premiere Party on 4/22/12

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012     **Nation of 1st Publication:** United States

## Author

- **Author:** Jeremy Smith

  **Author Created:** photograph(s)

  **Work made for hire:** No

  **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com     **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424 United States

## Certification

**Registration #:**   VA0001830455
**Service Request #:**   1-798134713



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

**Exhibit B**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-659

**Effective date of registration:**

July 20, 2012

## Title

**Title of Work:** Joe Giudice and Priscilla Caviasco 2 at Giudice Housewives Premiere Party on 4/22/12

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012     **Nation of 1st Publication:** United States

## Author

- **Author:** Richard Formicola
  **Author Created:** photograph(s)

  **Work made for hire:** No
  **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** North Jersey Media Group Inc.
1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com     **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424 United States

## Certification

**Name:** Jennifer A. Borg, Esq.

**Date:** July 20, 2012

**Registration #:**  VA0001830659
**Service Request #:**  1-797911299



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-830-660**

**Effective date of registration:**

July 20, 2012

## Title

**Title of Work:** Joe Giudice and Priscilla Caviasco 3 at Giudice Housewives Premiere Party on 4/22/12

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012          **Nation of 1st Publication:** United States

## Author

- **Author:** Richard Formicola
  **Author Created:** photograph(s)

  **Work made for hire:** No
  **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com          **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424  United States

## Certification

**Name:** Jennifer A. Borg, Esq.

**Date:** July 20, 2012

**Registration #:** VA0001830660
**Service Request #:** 1-797923343



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-658

**Effective date of registration:**

July 20, 2012

## Title

**Title of Work:** Joe Giudice and Priscilla Caviasco at Giudice Housewives Premiere Party on 4/22/12

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012     **Nation of 1st Publication:** United States

## Author

- **Author:** Richard Formicola
  **Author Created:** photograph(s)

  **Work made for hire:** No
  **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com     **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424  United States

## Certification

**Name:** Jennifer A. Borg, Esq.

**Date:** July 20, 2012

**Registration #:**  VA0001830658
**Service Request #:** 1-797911265



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-116

**Effective date of registration:**

July 20, 2012

---

## Title

**Title of Work:** Karen Caviasco, Teresa Giudice and Carol Aldrin at Giudice Housewives Premiere Party on 4/22/12

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012     **Nation of 1st Publication:** United States

## Author

- **Author:** Richard Formicola
  **Author Created:** photograph(s)

  **Work made for hire:** No
  **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com          **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424 United States

## Certification

**Registration #:** VA0001830116
**Service Request #:** 1-797911095



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-126

**Effective date of registration:**

July 20, 2012

## Title

**Title of Work:** Kim Racioppi at Giudice Housewives Premiere Party on 4/22/12

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012          **Nation of 1st Publication:** United States

## Author

- **Author:** Richard Formicola

  **Author Created:** photograph(s)

  **Work made for hire:** No

  **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com          **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424  United States

## Certification

**Name:** Jennifer A. Borg, Esq.

**Date:** July 20, 2012

Registration #:   VA0001830126
Service Request #:   1-797923461



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-124

**Effective date of registration:**

July 20, 2012

---

## Title

**Title of Work:** Priscilla Caviasco at Giudice Housewives Premiere Party on 4/22/12

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012    **Nation of 1st Publication:** United States

## Author

■

**Author:** Richard Formicola

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com    **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424  United States

## Certification

**Name:** Jennifer A. Borg, Esq.

**Date:** July 20, 2012

Registration #:   VA0001830124
Service Request #:   1-797923397



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-115

**Effective date of registration:**

July 20, 2012

---

## Title

**Title of Work:** Teresa and Joe Giudice 2 at Giudice Housewives Premiere Party on 4/22/12

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012    **Nation of 1st Publication:** United States

## Author

- **Author:** Richard Formicola

  **Author Created:** photograph(s)

  **Work made for hire:** No

  **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com    **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424  United States

## Certification

**Name:** Jennifer A. Borg, Esq.

**Date:** July 20, 2012

**Registration #:** VA0001830115
**Service Request #:** 1-797911059



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-121

**Effective date of
registration:**

July 20, 2012

## Title

**Title of Work:** Teresa and Joe Giudice 3 at Giudice Housewives Premiere Party on 4/22/12

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012     **Nation of 1st Publication:** United States

## Author

■ **Author:** Richard Formicola

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United
States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com          **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424  United States

## Certification

**Name:** Jennifer A. Borg, Esq.

**Date:** July 20, 2012

Registration #:   VA0001830121
Service Request #:   1-797911197



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-107

**Effective date of registration:**

July 20, 2012

---

## Title

**Title of Work:** Teresa and Joe Giudice at Giudice Housewives Premiere Party on 4/22/12

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012          **Nation of 1st Publication:** United States

## Author

■   **Author:** Richard Formicola

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com          **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424 United States

## Certification

**Name:** Jennifer A. Borg, Esq.

**Date:** July 20, 2012

Registration #:  VA0001830107
Service Request #:  1-797910687



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-830-127**

**Effective date of registration:**

July 20, 2012

## Title

**Title of Work:** Teresa and Joe Giudice Watching TV Show at Giudice Housewives Premiere Party on 4/22/12

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012        **Nation of 1st Publication:** United States

## Author

**Author:** Richard Formicola

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com        **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424  United States

## Certification

**Registration #:**  VA0001830127
**Service Request #:**  1-797923505



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-110

**Effective date of
registration:**

July 20, 2012

## Title

**Title of Work:** Teresa Giudice 2 at Giudice Housewives Premiere Party on 4/22/12

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012    **Nation of 1st Publication:** United States

## Author

■    **Author:** Richard Formicola

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United
States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com    **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424  United States

## Certification

**Name:** Jennifer A. Borg, Esq.

**Date:** July 20, 2012

**Registration #:**   VA0001830110

**Service Request #:**   1-797910909



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-830-111**

**Effective date of
registration:**

July 20, 2012

## Title

**Title of Work:** Teresa Giudice 3 at Giudice Housewives Premiere Party on 4/22/12

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012          **Nation of 1st Publication:** United States

## Author

■          **Author:** Richard Formicola

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United
States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com          **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424 United States

## Certification

**Name:** Jennifer A. Borg, Esq.

**Date:** July 20, 2012

**Registration #:** VA0001830111
**Service Request #:** 1-797910959



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-114

**Effective date of
registration:**

July 20, 2012

## Title

**Title of Work:** Teresa Giudice 4 at Giudice Housewives Premiere Party on 4/22/12

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012     **Nation of 1st Publication:** United States

## Author

**Author:** Richard Formicola

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com     **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424 United States

## Certification

**Name:** Jennifer A. Borg, Esq.

**Date:** July 20, 2012

Page 1 of 2

**Registration #:**   VA0001830114

**Service Request #:**   1-797911023



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-120

**Effective date of registration:**

July 20, 2012

## Title
**Title of Work:** Teresa Giudice and Friends at Giudice Housewives Premiere Party on 4/22/12

## Completion/Publication
**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012    **Nation of 1st Publication:** United States

## Author
- **Author:** Richard Formicola
  **Author Created:** photograph(s)

  **Work made for hire:** No
  **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United States

**Transfer Statement:** By written agreement

## Rights and Permissions
**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com    **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424  United States

## Certification
**Name:** Jennifer A. Borg, Esq.

**Date:** July 20, 2012

**Registration #:**   VA0001830120
**Service Request #:**   1-797911129



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-109

**Effective date of
registration:**

July 20, 2012

## Title

**Title of Work:** Teresa Giudice at Giudice Housewives Premiere Party on 4/22/12

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012        **Nation of 1st Publication:** United States

## Author

■   **Author:** Richard Formicola

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United
States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com        **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424 United States

## Certification

**Name:** Jennifer A. Borg, Esq.

**Date:** July 20, 2012

**Registration #:**   VA0001830109
**Service Request #:**   1-797910875



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-656

**Effective date of registration:**

July 20, 2012

---

## Title

**Title of Work:** Teresa Giudice Checking Out Some News at Giudice Housewives Premiere Party on 4/22/12

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012        **Nation of 1st Publication:** United States

## Author

- **Author:** Richard Formicola

   **Author Created:** photograph(s)

   **Work made for hire:** No

   **Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com        **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424 United States

## Certification

**Registration #:**  VA0001830656
**Service Request #:**  1-797911231



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-655

**Effective date of
registration:**

July 20, 2012

## Title

**Title of Work:** Teresa Giudice, Joe Giudice and Friends at Giudice Housewives Premiere Party on 4/22/12

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012     **Nation of 1st Publication:** United States

## Author

- **Author:** Richard Formicola

  **Author Created:** photograph(s)

  **Work made for hire:** No

  **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com     **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424 United States

## Certification

**Registration #:**   VA0001830655
**Service Request #:**   1-797911163



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

**Exhibit C**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-652

**Effective date of
registration:**

July 20, 2012

## Title

**Title of Work:** Albie Manzo, Lauren Manzo and Heather Zwain at Manzo Housewives Premiere Party
on 4/22/12

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012        **Nation of 1st Publication:** United States

## Author

■  **Author:** Robert Pytel

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United
States

**Transfer Statement:** By written agreement

### Rights and Permissions

**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com        **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424  United States

## Certification

Page 1 of 2

**Registration #:**  VA0001830652
**Service Request #:**  1-797910555



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-099

**Effective date of
registration:**

July 20, 2012

## Title ———————————————————————

Title of Work: Brock Horner, Jaqueline Laurita and Meg Porehl at Manzo Housewives Premiere Party
on 4/22/12

## Completion/Publication ———————————————————

Year of Completion: 2012

Date of 1st Publication: April 23, 2012        Nation of 1st Publication: United States

## Author ———————————————————————

Author: Robert Pytel

Author Created: photograph(s)

Work made for hire: No

Citizen of: United States        Domiciled in: United States

## Copyright claimant ——————————————————

Copyright Claimant: North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United
States

Transfer Statement: By written agreement

## Rights and Permissions ——————————————————

Organization Name: North Jersey Media Group Inc.

Name: Jennifer A. Borg

Email: borgj@northjersey.com        Telephone: 973-569-7680

Address: 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424 United States

## Certification ———————————————————————

**Registration #:**  VA0001830099
**Service Request #:**  1-797900159



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-654

**Effective date of registration:**

July 20, 2012

---

## Title

**Title of Work:** Carolyn and Al Manzo at Manzo Housewives Premiere Party on 4/22/12

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012     **Nation of 1st Publication:** United States

## Author

**Author:** Robert Pytel

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com     **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424 United States

## Certification

**Name:** Jennifer A. Borg, Esq.

**Date:** July 20, 2012

Page 1 of 2

**Registration #:**  VA0001830654
**Service Request #:**  1-797910653



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-448

**Effective date of registration:**

July 21, 2012

---

## Title

**Title of Work:** Carolyn Manzo and Heather Zwain at Manzo Housewives Premiere Party on 4/22/12

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012          **Nation of 1st Publication:** United States

## Author

- **Author:** Robert Pytel
  **Author Created:** photograph(s)

  **Work made for hire:** No
  **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com          **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424  United States

## Certification

**Name:** Jennifer A. Borg, Esq.

**Date:** July 21, 2012

**Registration #:**   VA0001830448
**Service Request #:**   1-798134357



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-106

**Effective date of
registration:**

July 20, 2012

---

## Title

**Title of Work:** Chris Manzo and Heather Zwain at Manzo Housewives Premiere Party on 4/22/12

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012          **Nation of 1st Publication:** United States

## Author

■      **Author:** Robert Pytel

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United
States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com          **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424 United States

## Certification

**Name:** Jennifer A. Borg, Esq.

**Date:** July 20, 2012

**Registration #:**   VA0001830106
**Service Request #:**   1-797910490



0000VA0001830106022

North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-445

**Effective date of
registration:**

July 21, 2012

---

## Title

**Title of Work:** Chris Manzo, Carolyn Manzo and Greg Bennett at Manzo Housewives Premiere Party on 4/22/12

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012   **Nation of 1st Publication:** United States

## Author

■ **Author:** Robert Pytel

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com   **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424  United States

## Certification

**Registration #:**   VA0001830445
**Service Request #:**   1-798121215



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424   United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-446

**Effective date of registration:**

July 21, 2012

---

## Title

**Title of Work:** Chris Manzo, Chris Laurita, Jacqueline Laurita, Carolyn Manzo Lauren Manzo and Albie Manzo at Manzo Housewives Premiere Party on 4/22/12

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012          **Nation of 1st Publication:** United States

## Author

- **Author:** Robert Pytel

  **Author Created:** photograph(s)

  **Work made for hire:** No

  **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com          **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424  United States

## Certification

Page 1 of 2

**Registration #:**   VA0001830446
**Service Request #:**   1-798121259



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-653

**Effective date of registration:**

July 20, 2012

## Title

**Title of Work:** Greg Bennett and Heather Zwain at Manzo Housewives Premiere Party on 4/22/12

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012     **Nation of 1st Publication:** United States

## Author

**Author:** Robert Pytel

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com     **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424  United States

## Certification

**Name:** Jennifer A. Borg, Esq.

**Date:** July 20, 2012

Registration #:   VA0001830653
Service Request #:   1-797910599



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-102

**Effective date of
registration:**

July 20, 2012

## Title

Title of Work: Jacqueline Laurita 2 at Manzo Housewives Premiere Party on 4/22/12

## Completion/Publication

Year of Completion: 2012

Date of 1st Publication: April 23, 2012       Nation of 1st Publication: United States

## Author

- Author: Robert Pytel

Author Created: photograph(s)

Work made for hire: No

Citizen of: United States                Domiciled in: United States

## Copyright claimant

Copyright Claimant: North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United
States

Transfer Statement: By written agreement

## Rights and Permissions

Organization Name: North Jersey Media Group Inc.

Name: Jennifer A. Borg

Email: borgj@northjersey.com                    Telephone:   973-569-7680

Address: 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424  United States

## Certification

Name: Jennifer A. Borg, Esq.

Date: July 20, 2012

**Registration #:**   VA0001830102
**Service Request #:**   1-797910339



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-830-447**

**Effective date of registration:**

July 21, 2012

## Title

**Title of Work:** Jacqueline Laurita and Heather Zwain at Manzo Housewives Premiere Party on 4/22/12

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012          **Nation of 1st Publication:** United States

## Author

■   **Author:** Robert Pytel

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com          **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424 United States

## Certification

**Name:** Jennifer A. Borg, Esq.

**Date:** July 21, 2012

**Registration #:**   VA0001830447
**Service Request #:**   1-798134303



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-100

**Effective date of registration:**

July 20, 2012

---

## Title
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Title of Work:** Jaqueline Laurita at Manzo Housewives Premiere Party on 4/22/12.

## Completion/Publication
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012    **Nation of 1st Publication:** United States

## Author
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

■    **Author:** Robert Pytel

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Copyright Claimant:** North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O Box 471, Woodland Park, NJ, 07424, United States

**Transfer Statement:** By written agreement

## Rights and Permissions
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com    **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza

P.O Box 471

Woodland Park, NJ 07424 United States

## Certification
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Name:** Jennifer A. Borg, Esq.

**Date:** July 20, 2012

**Registration #:**   VA0001830100
**Service Request #:**   1-797900275



North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-830-097

**Effective date of registration:**

July 20, 2012

---

## Title

**Title of Work:** Lauren Manzo and Erica Onemo at Manzo Housewives Premiere Party on 4/22/12

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 23, 2012     **Nation of 1st Publication:** United States

## Author

- **Author:** Robert Pytel

  **Author Created:** photograph(s)

  **Work made for hire:** No

  **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** North Jersey Media Group Inc.

1 Garret Mountain Plaza, P.O. Box 471, Woodland Park, NJ, 07424, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** North Jersey Media Group Inc.

**Name:** Jennifer A. Borg

**Email:** borgj@northjersey.com     **Telephone:** 973-569-7680

**Address:** 1 Garret Mountain Plaza

P.O. Box 471

Woodland Park, NJ 07424  United States

## Certification

**Name:** Jennifer A. Borg, Esq.

**Date:** July 20, 2012

Registration #:  VA0001830097

Service Request #:  1-797900053



0000VA000183009702202

North Jersey Media Group Inc.
Jennifer A. Borg
1 Garret Mountain Plaza
P.O Box 471
Woodland Park, NJ 07424  United States