UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

NORTH JERSEY MEDIA GROUP INC.,    :

              Plaintiff,    :

      -against-    :    12 Civ. 6152 (VM)(KNF)

MARJORIE ADAMS AND JOHN    :
DOE NOS. 2-5, ALL D/B/A
STOOPIDHOUSEWIVES.COM,    :

            Defendants.    :

- - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/13

STIPULATION AND PROPOSED ORDER

        It is hereby stipulated and agreed by and between the undersigned attorneys for the parties that this action be, and hereby is, transferred to the Western District of Pennsylvania, Pittsburgh Division.

Dated: January 2, 2013

                         DUNNEGAN & SCILEPPI LLC

                         By s/William Dunnegan
                           William Dunnegan (WD9316)
                           wd@dunnegan.com
                           Ella Aiken (EA5861)
                           ea@dunnegan.com
                         Attorneys for Plaintiff
                           North Jersey Media Group Inc.
                         350 Fifth Avenue
                         New York, New York 10118
                         (212) 332-8300

THE WEBB LAW FIRM

By s/Anthony Brooks
   Anthony W. Brooks (*admitted*
   *pro hac vice*)
   abrooks@webblaw.com
   PA I.D. 307445
Attorneys for Defendant
   Marjorie Adams
One Gateway Center
420 Ft. Duquesne Blvd.
Suite 1200
Pittsburgh, PA 15222
(412) 471-8815

Dated: New York, New York          SO ORDERED.
       January 2, 2013

                                   Victor Marrero
                                        U.S.D.J.

2

DUNNEGAN & SCILEPPI LLC
ATTORNEYS AT LAW
350 FIFTH AVENUE
NEW YORK, NEW YORK 10118

212-332-8300
212-332-8301 TELECOPIER

January 2, 2012

By Telecopy

Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> Re: North Jersey Media Group Inc. v. Marjorie Adams
> and John Doe Nos. 2-5, all d/b/a stoopidhousewives.com
> 12 Civ. 6152 (VM)(KNF)

Dear Judge Marrero,

We are attorneys for plaintiff in the above action.

We enclose a stipulation and proposed order of the
parties consenting to the transfer of this action to the Western
District of Pennsylvania, Pittsburgh Division, pursuant to 28
U.S.C. §1404(b).

Respectfully yours,

William Dunnegan

William Dunnegan

cc:  Maria A. Savio, Esq. (via E-mail)
     Anthony Brooks, Esq. (via E-mail)