STOOPID HOUSEWIVES | Bravo's Real Housewives are an endless source of sheer stoo-pidity...

Case 1:12-cv-06152-VM-KNF   Document 27   Filed 12/04/12   Page 1 of 6

WordAds
about these ads

# STOOPID HOUSEWIVES

Bravo's Real Housewives are an endless source of sheer stoo-pidity...



- Home
- ABOUT SH…READ FIRST!!!
- Celeb Fans of Real Housewives
- Contact Info
- GABE ROCKS!!!
- HOUSEWIFE HOE'S COVERS
- HOUSEWIVES… Who Got Da Bravo Boot!
- PHOTOSHOP BY "PG"
- Real Housewives Blind Items
- Real Housewives of MIAMI
- Real Housewives of ORANGE COUNTY
- Real Housewives Plastic Surgery
- Real Houswives of NEW YORK
- SIN CITY RULES
- STOOPIDEST HOUSEWIFE OF 2012…CYNTHIA BAILEY!!!
- The MEN of Real Housewives
- Real Housewives of ATLANTA
- Real Housewives of BEVERLY HILLS
- Real Housewives of NEW JERSEY

## SH DETOUR: What's Goin' On…

Posted on December 3, 2012



This gallery contains *1 photo*.

While we're very happy for Vicki Gunvalson's decision to break it off with Crooksy... ... we're having technical difficulties!  And have been having these difficulties for several days.   So, kindly be patient while we try to resolve these ...

Continue reading →

WordAds
about these ads

More Galleries | | 8 Comments

Cite as: No Jersey Media Group Inc v Doe
12Civ6152 Decided 11/26/12
Archived on 12/3/12
This document is protected by copyright.
Further reproduction is prohibited without permission.

WordAds
about these ads



## SHANA "TAYLOR ARMSTRONG": Baby, Let's Cruise… Scammin' On The High Seas!!… With Shana… UPDATE: Cruise Cancelled!

Posted on December 3, 2012



*This gallery contains 2 photos.*

July 22, 2012  9:30 am   UPDATE December 3, 2012 If you were planning on sharing intimate moments with Shana/SWINE/Shaft on her March 2, 2013 cruise… along with her Mother and Dr. NoSocks… you're outta luck! Shana's very exciting cruise … Continue reading →

More Galleries | | 50 Comments

## REAL HOUSEWIVES OF ATLANTA RECAP: Season Five, Episode Five… "No Excuses For Excuses"

Posted on December 2, 2012



*This gallery contains 1 photo.*

REAL HOUSEWIVES OF ATLANTA RECAP   Season Five, Episode Five… "No Excuses For Excuses" by Sandi Duffy I am really not enjoying this season.  I've heard this is Kim's last episode, so maybe there's some hope.  Although, for reasons completely … Continue reading →

More Galleries | | 71 Comments

## KENYA MOORE: Kenya's BravoBlog… Kenya Would Never Flirt With Apollo!

Posted on December 2, 2012

Bravo…   REALITY AND THE REAL ME This has been a truly amazing week for me. During a weeklong press trip to NY I got to visit the vibrant and funny larger-than-life Andy Cohen  as a guest of Watch What Happens Live! … Continue reading →

More Galleries | | 8 Comments

## VICKI GUNVALSON: Crooks And Vicki Are Officially Over!… A-



Are YOU Bored With The Housewives?

YES! HouseDOGS Would Be More Entertaining!

NO! Love Everything Bravo…

vote

View Results
Polldaddy.com

VOTE! For STOOPIDEST Housewife of 2013!!

Jax Laurita
Joanna Krupa
Kim Richards
PT Housewife
Alexis Bellino
Kim Zolciak

vote

View Results
Polldaddy.com

**Follow Stoopid Housewives!**
Enter your email address to follow Stoopid Housewives and receive notifications of new posts by email.

**SH on Twitter**
Follow @stoopidhsewives   7,535 foll

**Categories**
Select Category

**Search SH**

**SH on Zimbio**
MY ZIMBIO
Top Stories

STOOPID HOUSEWIVES | Bravo's Real Housewives are an endless source of sheer stoo-pidity...

Case 1:12-cv-06152-VM-KNF   Document 27   Filed 12/04/12   Page 3 of 6

List "RealityStar" UPSET!!

Posted on December 2, 2012



This gallery contains *4 photos*.

Well, who didn't know this!  Crooks and Vicki are done… We kinda smelled the burn from Vicki's tires racin' away from Crooks back in July, but REALLY knew it two months ago! Ya just know that all the "reality stars" … Continue reading →

More Galleries | | 70 Comments

## REAL HOUSEWIVES OF NEW JERSEY: Filming At Opening of New Walgreens

Posted on December 2, 2012



This gallery contains *2 photos*.

As usual, the hot topic of ANY of the Housewives is Tree Joodice! "I haven't seen her since the reunion," Manzo, 51, told Us Weekly of her Real Housewives of New Jersey costar, 40, at the Walgreens flagship store opening in L.A. Nov. 30. …

Continue reading →

More Galleries | | 53 Comments

## MELISSA GORGA: Melissa's Friday "PoolDate"… "Born To Be A Mommy"!!…

Posted on December 2, 2012



This gallery contains *2 photos*.

Are YOU lookin' for somethin' to do on Friday??  Are YOU lookin' for somethin' to do where you can actually glance at a Housewife on Friday??  Are YOU in the New Jersey area??  If YOU answered "YES" to all these … Continue reading →

More Galleries | | 82 Comments

## TAKIN' A SH DETOUR: Bored With The Housewives… Andy Agrees!!!!

Posted on December 2, 2012

This gallery contains *8 photos*.

SH is no longer inquisitive about the Housewives… at least today.  What else is there to know?  Has there been ANY scenario which has not been fed to viewers?  We've all seen, in unending duplication, every plot line there could … Continue reading →

More Galleries | | 26 Comments

Cited in No Jersey Media Group Inc v Doe 12civ6152 Decided 11/26/12
Archived on 12/3/12
This document is protected by copyright.
Further reproduction is prohibited without permission.

**Recent Comments**

 maybeitsyou on TAKIN' A SH DETOUR: Bore…

 donewithbravo on SH DETOUR: What's Goin…

 Stoopid Housewives on MELISSA GORGA: Melissa's…

 reality junkie on VICKI GUNVALSON: Crooks And Vi…

 maybeitsyou on MELISSA GORGA: Melissa's…

 TangyOrange on SH DETOUR: What's Goin…

 maybeitsyou on VICKI GUNVALSON: Crooks And Vi…

 madepiley on SH DETOUR: What's Goin…

 madepiley on SH DETOUR: What's Goin…

 Ana Cephaly on MELISSA GORGA: Melissa's…

 Ana Cephaly on REAL HOUSEWIVES OF NEW JERSEY:…

 ChemGeek on MELISSA GORGA: Melissa's…

 ChemGeek on SH DETOUR: What's Goin…

 ChemGeek on SH DETOUR: What's Goin…

 madepiley on MELISSA GORGA: Melissa's…

**StoopidHousewives@gmail.com**

Have something to say? Know some juicy info? Send SH an email… StoopidHousewives@gmail.com

**RSS Feed**

- RSS - Posts
- RSS - Comments

**Top Clicks**

- famewhorgas.wordpress.com
- fauxrealityentertainment.…
- yolanda.com
- lynnecurtin.com
- dailymail.co.uk/tvshowbiz…

**Top Posts**

- TERESA GIUDICE: Filming Real Housewives of New Jersey…
- VICKI GUNVALSON: Crooks And Vicki Are Officially Over!… A-List "RealityStar" UPSET!!
- REAL HOUSEWIVES OF NEW

### BRANDI GLANVILLE: Brandi's Parenting Squabbles… Forcing Hospital For A Bed

Posted on December 2, 2012

The Real Housewives of Beverly Hills' Brandi Glanville has been having some difficulties… Brandi tweeted her concern with LeAnn Rimes' parenting and tweeted about her grandmother's illness. Brandi's tweets about her on-going parenting rivalry with LeAnn Rimes… LeAnn went to bed … Continue reading →

More Galleries | | 110 Comments

### TAKIN' A SH DETOUR: How Did They Get There???

Posted on December 2, 2012



This gallery contains 29 photos.

We're takin' a break from the moronic Housewives. In fact, IMO, the Housewives days are numbered… if SH is getting disinterested in what the Housewives are up to, that is a strong indication that other viewers are also feeling the …

Continue reading →

More Galleries | | 28 Comments

### TERESA GIUDICE: Filming Real Housewives of New Jersey…

Posted on December 2, 2012



This gallery contains 2 photos.

December 2, 2012 From SH September 4, 2012…  Seems that Elvira thought that her businesses were going to be big moneymakers… party planning and SpaceOdyssey.   Apparently, things did not go as planned for Elvira… as NorthJersey.com reports: Elvira Grau, the Englewood-based party … Continue reading →

More Galleries | | 47 Comments

### TERESA GIUDICE, KIM ZOLCIAK: Tree's Milania Hair Care… NephCure Award… Kim's Parents Writing "Tell-All"

Posted on December 1, 2012



This gallery contains 4 photos.

December 2, 2012 Tree Joodice has gotten a rave review from this guy on her "MilaniaHairCare"… … after checking out his site, there is not a hair product that he doesn't like!! Speakin' of Tree… caught the last WendyShow and … Continue reading →

More Galleries | | 66 Comments

### SH "HIT AND RUN" SATURDAY: New Bravo Show



JERSEY: Filming At Opening of New Walgreens

**Community**

**Blogroll**
- Angrier Older Man
- Awful Plastic Surgery
- B-Side Blog
- BelowSeaLevel
- Best Week Ever
- Bravo TV
- Celebrity Net Worth
- Courthouse News
- Daily Mail
- Dlisted
- Drudge Report
- Fame Whorgas
- FauxRealityEntertainment (FRE)
- Hollywood Reporter
- Louis CK
- MobWives
- Neiman Marcus
- NYDaily News
- NYPost

## "BridesOfBravo"!!!… Manzoid on Anderson… RHOM Reunion AND SH RHOM Poll Results

Posted on December 1, 2012



This gallery contains *9 photos*.

December 1, 2012 Andrew Wang is certainly earning his salary as the person at Bravo in charge of new, scripted shows! AndyWang's newest Bravo show was previewed on Thursday's "30Rock"... **************************** Anderson is busy with his other jobs, and knowing ... Continue reading →

More Galleries | | 21 Comments

## TAMRA BARNEY: Tamballs All Proud… Tamballs Podcast Favored By "Stitcher"…For a Hot Minute!!

Posted on December 1, 2012



This gallery contains *4 photos*.

December 1, 2012   NOTE:  For some reason this item was in "draft" mode!! Excuse the delay!  That Housewife role model, the Housewife to which all should aspire to become, the HoneyBooBoo of the OC... Tamballs Barney... was super ... Continue reading →

More Galleries | | 18 Comments

## SH "HIT AND RUN" SATURDAY: PT Housewife "FaceFixin"… Melissa Gorga… Joanna Krupa "BelovedPierogiePrincess"… RHOC Lynne Curtin "DoomedDesigns"

Posted on December 1, 2012



This gallery contains *6 photos*.

December 1, 2012   PT Housewife is praising the work of Dr. Ellen Marmur... a dermatologist... NOTE:  Any bets on seeing Dr. Marmur on RHONY… IF PT returns? This is PT Housewife... "on screen"! PT Housewife is gettin' her face ... Continue reading →

More Galleries | | 94 Comments

☐ Load more posts

### Sidebar

- Pretty On The Outside
- Radar Online
- RealFauxHousewives
- Reality Blurred
- Reality TV GIFs
- Reality TV Magazine
- Rihanna Daily
- Steel City Improv
- StoopidHousewives 'ZEEN'
- Television Without Pity
- The Real Estalker
- The Soup
- TMZ
- Tula Organic Salon
- TVgasm
- TWOP
- Vulture... NY Magazine

**STOOPID HOUSEWIVES**

- SH DETOUR: What's Goin' On... December 3, 2012 *Stoopid Housewives*
- REAL HOUSEWIVES OF ATLANTA RECAP: Season Five, Episode Five... "No Excuses For Excuses" December 3, 2012 *Stoopid Housewives*
- KENYA MOORE: Kenya's BravoBlog... Kenya Would Never Flirt With Apollo! December 3, 2012 *Stoopid Housewives*

**Twitter Updates**

- Tonight's Top 10 Shows: Monday December 3rd tvgasm.com/home/tonights-... 1 hour ago
- M.O.B. Wives: Michael Bell Paints Scars of a Real Mob Wife mobwives.blogspot.com/2012/12/michae... 1 hour ago
- @TWEETP0LICE What a headache! Still working on it all, which is why TwitterTime is limited! XXOXXO!!! 1 day ago
- SH "HIT AND RUN" SATURDAY: New Bravo Show "BridesOfBravo"!!!... Manzoid on @AndersonShow...MORE!!! wp.me/p19GVk-dvx via @StoopidHsewives 1 day ago

Follow @StoopidHseWives

**COPYRIGHT 2012**

© STOOPIDHOUSEWIVES AND STOOPIDHOUSEWIVES.COM 2012 Unauthorized use and/or duplication of this material without express and written permission from this blog's author and/or owner via STOOPIDHOUSEWIVES@GMAIL.COM is strictly prohibited. Excerpts and links may be used, provided that full and clear credit is given to WWW.STOOPIDHOUSEWIVES.COM with appropriate and specific LINK(S) to the original content on WWW.STOOPIDHOUSEWIVES.COM.

**COMMENTS**

ALL COMMENTS ARE THE RESPONSIBILITY OF THE

Gited in No. Jersey Media Group Inc v Doe 12cv6152 Decided 11/26/12
Archived on 12/3/12
This document is protected by copyright.
Further reproduction is prohibited without permission.

STOOPID HOUSEWIVES | Bravo's Real Housewives are an endless source of sheer stoo-pidity...

Case 1:12-cv-06152-VM-KNF   Document 27   Filed 12/04/12   Page 6 of 6

PERSON LEAVING THE COMMENT. SH IS NOT RESPONSIBLE FOR THE COMMENTS ON STOOPID HOUSEWIVES..

## Meta

- Register
- Log in
- Entries RSS
- Comments RSS
- WordPress.com



This work is licensed under a Creative Commons Attribution-ShareAlike 3.0 Unported License.

## Archives

- December 2012
- November 2012
- October 2012
- September 2012
- August 2012
- July 2012
- June 2012
- May 2012
- April 2012
- March 2012
- February 2012
- January 2012
- December 2011
- November 2011
- October 2011
- September 2011
- August 2011
- July 2011
- June 2011
- May 2011
- April 2011
- March 2011
- February 2011
- January 2011
- December 2010
- November 2010
- October 2010

logoversary in 326 days

## CONTACT MS SH!!

Have something to say? Know some juicy info? Send SH an email... StoopidHousewives@gmail.com

## Tags

Adrienne Maloof  Alexis Bellino  **Andy Cohen** Atlanta  Beverly Hills  Beverly Hills California  **BRAVO** Camille Grammer  **Caroline Manzo** Gretchen Rossi  **Jacqueline Laurita** Jill Zarin  Joe Giudice  Joe Gorga  Kandi Burruss  kathy wakile  Kim  Kim Richards  Kim Zolciak  **Kyle Richards** Lisa Vanderpump  LuAnn de Lesseps  **Melissa Gorga** Nene Leakes  **New Jersey** New York  New York City  Ramona Singer  **REAL HOUSEWIVES** real housewives of atlanta  **REAL HOUSEWIVES OF BEVERLY HILLS** REAL HOUSEWIVES OF MIAMI  **REAL HOUSEWIVES OF NEW JERSEY** Real Housewives of New York City  **REAL HOUSEWIVES OF ORANGE COUNTY** Reality television  Russell Armstrong  Sonja Morgan  Tamra Barney  **Taylor Armstrong** Television  **Teresa Giudice** Twitter  **United States** Vicki Gunvalson

**STOOPID HOUSEWIVES**

Theme: Twenty Ten  Blog at WordPress.com.

   

Cited in No Jersey Media Group Inc v Doe 12Civ6152 Decided 11/26/12
Archived on 12/3/12
This document is protected by copyright.
Further reproduction is prohibited without permission.